SAMUEL C. GRIFFIN, Appellant, *v.* CITY OF SYRACUSE, Respondent.

Argued April 3, 1944; decided April 13, 1944.

*James C. Tormey, Corporation Counsel,* and *Merwin W. Lay* for motion.

*Elmer L. Murray* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that no substantial constitutional question is involved.